UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DONALD TAYLOR,

       Petitioner,                       Case No. 1:18-cv-836

v.                                         Honorable Paul L. Maloney

THOMAS WINN,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.


Dated:  September 19, 2018                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                             United States District Judge